IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL WALKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 1:20-cv-1007-ECM ) (wo) |
| GREGORY TODD DORRIETY, *et al.*, | ) ) |
| Defendants. | ) |

# **FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered in this case, Final Judgment is entered in favor of the Defendants and against the Plaintiff.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 13th day of March, 2023.

 /s/  Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE